EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 25 2003

at ___ o'clock and ___ min ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR03-00328 HG

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. _____ |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [21 U.S.C. §§ 841 and 853] |
| LOUIS DELIMA, ) | |
| Defendant. ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

During the period on or about May 28, 2003, through on or about June 3, 2003, in the District of Hawaii, and elsewhere, the Defendant, LOUIS DELIMA, did knowingly and intentionally possess with intent to distribute 500 grams or more of cocaine,

1024.1 grams, (gross weight), a Schedule II controlled substance.

All in violation of 21 U.S.C. § 841.

### Count 2

The Grand Jury further charges that:

As a result of committing the offense alleged in Count 1 of this Indictment, Defendant LOUIS DELIMA shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from, any proceeds which Defendant LOUIS DELIMA obtained, directly or indirectly, as the result of such offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense including but not limited to the following:

> Approximately Forty Thousand Dollars ($40,000) in United States Currency

If any of the above-described forfeitable property, as a result of any act or omission of the Defendant --

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third person;
3. has been placed beyond the jurisdiction of the court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C.

§ 853(p) to seek forfeiture of any other property of the Defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

DATED: June 25, 2003, Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. LOUIS DELIMA
Cr. No. _____
"Indictment"