

**Taft Correctional Institution**

March 10, 2008

1500 Cadet Road
Taft, California 93268
(661) 763-2510
(661) 765-3002 Fax

Honorable Helen Gillmor
United States District Judge
District of Hawaii
300 Ala Moana Blvd., Room C-400
Honolulu, Hawaii 96850

RE: Delima, Louis
Reg. No. 82752-022
Docket No. 1:03CR00328-001

Dear Judge Gillmor:

Mr. Delima was sentenced in your court on May 13, 2004, to a 120 month term of incarceration for Possession with intent to Distribute in Excess of 500 grams of Cocaine. The Taft Correctional Institution received Mr. Delima on August 25, 2005, from the Federal Prison Camp Petersburg, Va., for the continued service of his sentence. Mr. Delima's projected release date was February 26, 2012, via Good Conduct Time Release.

This letter is to inform you of Mr. Delima's death. On March 7, 2008, at 2:05 p.m., Mr. Delima was pronounced dead at the facility. Preliminary results indicated he died from Cardiopulmonary Arrest.

He demonstrated positive behavior at all times during his incarceration. Should you desire further information regarding this incident, please do not hesitate to contact me at (661) 763-2510.

Sincerely,

Neil H. Adler
Warden

CC: Edward H. Kuvo Jr.; US Attorney, District of Hawaii
    Richard W. Crawford; Chief United States Probation Officer
    Robert E. McFadden; BOP Western Regional Director



## FAX COVER SHEET

| Date: 3/10/08 | No. of pages (including cover): 2 |
|---|---|
| To: Honorable Helen Gillmor | From: G. Puentes, Assoc. Warden |
| Phone No.: (808) 541-3502 | Phone No.: (661) 763-2510 ext. 1489 |
| Fax No.: (808) 541-3579 | Fax No.: (661) 765-3025 |

**COMMENTS:** Louis Delima, Docket NO. 1:03CR00328-001